IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTERS OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION FOR A CRIMINAL COMPLAINT AND SEARCH WARRANTS | M.J. Nos. 25-4210-DHH<br>25-4121-DHH |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the search warrant applications, supporting affidavit, search warrants, this motion, and any ruling on this motion until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

ALLOWED David H. Hennessy U.S.M.J.
Mar 10, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ John O. Wray
JOHN O. WRAY
Assistant U.S. Attorney

Date: March 7, 2025